```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JAMES C. MAXEY,                  )  Case No. 2:15-CV-00552 JAM-EFB
                                 )
              Plaintiff,         )
                                 )
     v.                          )
                                 )
THE OFFICE OF PRESIDENT BARACK   )
OBAMA, ET AL.,                   )  **RELATED CASE ORDER**
                                 )
              Defendants.        )
                                 )
_____)
JAMES C. MAXEY,                  )
                                 )
              Plaintiff,         )
                                 )  Case No. 2:15-CV-00950 TLN-AC
     v.                          )
                                 )
ROBERT M. MAXEY; VALLEY SPRINGS  )
BAPTIST CHURCH, DAVID GEORGE,    )
                                 )
              Defendants.        )
JAMES C. MAXEY,                  )
                                 )
              Plaintiff,         )  Case No. 2:15-CV-00951 KJM-CKD
                                 )
     v.                          )
                                 )
SENATOR BARBARA BOXER,           )
                                 )
              Defendant.         )
_____)
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal.

1

2005).  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:15-CV-00950 TLN-AC and 2:15-CV-00951 KJM-CKD be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CV-00950 JAM-EFB and 2:15-CV-00951 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 11, 2015.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge