UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OFFICE OF PRESIDENT BARACK OBAMA, et al.,<br><br>    Defendants. | Case No. 2:15-CV-00552 JAM-EFB<br><br><br><br>**RELATED CASE ORDER** |
| JAMES C. MAXEY,<br><br>    Plaintiff,<br><br>    v.<br><br>SENATOR BARBARA BOXER, et al.,<br><br>    Defendants. | Case No. 2:15-CV-01006 KJM-AC |
| JAMES C. MAXEY,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT WILLIAM J. CLINTON, et al.,<br><br>    Defendants. | Case No. 2:15-CV-01018 GEB-AC |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same

1

judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:15-CV-01006 KJM-AC and 2:15-CV-01018 GEB-AC be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CV-01006 JAM-EFB and 2:15-CV-01018 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  May 14, 2015             /s/ John A. Mendez_____
                                 JOHN A. MENDEZ
                                 United States District Court Judge