UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES C. MAXEY, | ) | Case No. 2:15-CV-00552 JAM-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| THE OFFICE OF PRESIDENT BARACK OBAMA, et al., | ) | **RELATED CASE ORDER** |
| Defendants. | ) | |
| JAMES C. MAXEY, | ) | |
| Plaintiff, | ) | Case No. 2:15-CV-01019 GEB-CKD |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |
| JAMES C. MAXEY, | ) | |
| Plaintiff, | ) | Case No. 2:15-CV-01070 TLN-DAD |
| v. | ) | |
| KAISER FOUNDATION HOSPITAL, et al., | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same

judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:15-CV-01019 GEB-CKD and 2:15-CV-01070 TLN-DAD be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CV-01019 JAM-EFB and 2:15-CV-01070 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  May 22, 2015            /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Court Judge