UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY,<br><br>                Plaintiff,<br><br>    v.<br><br>THE OFFICE OF PRESIDENT BARACK OBAMA, et al.,<br><br>                Defendants. | Case No. 2:15-CV-00552 JAM-EFB<br><br>**<u>RELATED CASE ORDER</u>** |
| JAMES C. MAXEY,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants. | Case No. 2:15-CV-01178 JAM-CKD |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under

Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the Magistrate Judge assignment in the action denominated 2:15-CV-01178 JAM-CKD be reassigned to Magistrate Judge Edmund F. Brennan for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:15-CV-01178 JAM-EFB.

IT IS SO ORDERED.

Dated:  June 3, 2015

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge