1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES C. MAXEY,                    )  Case No. 2:15-CV-00552 JAM-EFB
                                       )
12                    Plaintiff,       )
                                       )
13       v.                            )
                                       )
14  THE OFFICE OF PRESIDENT BARACK     )
    OBAMA, et al.,                     )  **RELATED CASE ORDER**
15                                     )
                      Defendants.      )
16  JAMES C. MAXEY,                    )
                                       )
17                    Plaintiff,       )
                                       )  Case No. 2:15-CV-01219 KJM-CKD
18       v.                            )
                                       )
19  SIERRA COLLEGE, et al.,            )
                                       )
20                    Defendants.      )
                                       )
21  _____)

22       Examination of the above-entitled actions reveals that these

23  actions are related within the meaning of Local Rule 123 (E.D. Cal.

24  2005).  Accordingly, the assignment of the matters to the same

25  judge and magistrate judge is likely to affect a substantial

26  savings of judicial effort and is also likely to be convenient for

27  the parties.

28       The parties should be aware that relating the cases under

1  Local Rule 123 merely has the result that these actions are

2  assigned to the same judge and magistrate judge; no consolidation

3  of the actions is effected.   Under the regular practice of this

4  court, related cases are generally assigned to the judge and

5  magistrate judge to whom the first filed action was assigned.

6        IT IS THEREFORE ORDERED that the action denominated 2:15-CV-

7  01219 KJM-CKD be reassigned to Judge John A. Mendez and Magistrate

8  Judge Edmund F. Brennan for all further proceedings, and any dates

9  currently set in this reassigned case only are hereby VACATED.

10 Henceforth, the caption on documents filed in the reassigned case

11 shall be shown as 2:15-CV-01219 JAM-EFB.

12        IT IS SO ORDERED.

13 Dated:   June 23, 2015              /s/ John A. Mendez_____
                                       JOHN A. MENDEZ
14                                     United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28