1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES C. MAXEY,                    )  Case No. 2:15-CV-00552 JAM-EFB
                                       )
12                  Plaintiff,         )
                                       )
13       v.                            )
                                       )
14  THE OFFICE OF PRESIDENT BARACK     )
    OBAMA, et al.,                    )  **RELATED CASE ORDER**
15                                     )
                    Defendants.        )
16  JAMES C. MAXEY,                    )
                                       )
17                  Plaintiff,         )
                                       )  Case No. 2:15-CV-01095 KJM-GGH
18       v.                            )
                                       )
19  KCRA TELEVISION, INC., et al.,     )
                                       )
20                  Defendants.        )
                                       )
21                                     )

22       Examination of the above-entitled actions reveals that these
23  actions are related within the meaning of Local Rule 123 (E.D. Cal.
24  2005). Accordingly, the assignment of the matters to the same
25  judge and magistrate judge is likely to affect a substantial
26  savings of judicial effort and is also likely to be convenient for
27  the parties.
28  ///

1

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:15-CV-01095 KJM-GGH be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:15-CV-01095 JAM-EFB.

IT IS SO ORDERED.

Dated:  February 22, 2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge